# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NICOLE WELLONG and LUCIO MARTINEZ**,<br><br>  Plaintiffs,<br><br>  v.<br><br>**FIKE INDUSTRIAL CONSTRUCTION LLC and STEVE GUERRERO**,<br><br>  Defendants. | Case No. 3:20-cv-1855-SI<br><br>**ORDER DISMISSING CASE** |

**Michael H. Simon, District Judge.**

Based on the stipulation of the parties (ECF 105), the Court dismisses this case with prejudice and without an award of costs or fees to any party. The Court further denies all pending motions as moot. There will be no Judgment entered.

**IT IS SO ORDERED**.

DATED this 3rd day of October, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – ORDER DISMSSING CASE